Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 16 PM 2:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

BERNICE RALLERSON

vs

CITY OF EL CAJON, GREG JOHNSON, JOHN BENNETT and DOES I Through XX, Inclusive,

SUMMONS IN A CIVIL ACTION

Case No. '07 CV 2001 W (AJB)

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Dan Bacal, Esq.
275 East Douglas Avenue, Suite 114
El Cajon, CA 92020

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                OCT 1 6 2007
        CLERK                                              DATE

By _____, Deputy Clerk

Summons in a Civil Action                                        Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)