1  Steven E. Boehmer (#144817)
   Carrie L. Mitchell (#221845)
2  McDOUGAL, LOVE, ECKIS,
   SMITH, BOEHMER & FOLEY
3  460 North Magnolia Avenue
   El Cajon, California  92020
4  (619) 440-4444/Fax (619) 440-4907

5  Attorneys for Defendants:  CITY OF EL CAJON, GREG JOHNSON. JOHN BENNETT

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  BERNICE RAULLERSON,              )    Case No. 07 CV 2001 W (AJB)
                                     )
12              Plaintiff,           )    **PROOF OF SERVICE**
                                     )
13  v.                               )
                                     )
14  CITY OF EL CAJON, GREG JOHNSON,  )
    JOHN BENNETT and DOES I through  )
15  XX, inclusive,                   )
                   Defendants.       )
16  _____ )

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**Rallerson v. City of El Cajon, et al.**
**Case No. 07 CV 2001 W (AJB)**

### PROOF OF SERVICE BY MAIL

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 460 N. Magnolia Avenue, El Cajon, California 92020.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' 1) MOTION FOR A MORE DEFINITE STATEMENT 2) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND 3) MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT**

**NOTICE OF LODGMENT AND LODGMENT OF EXHIBITS IN SUPPORT OF DEFENDANTS' 1) MOTION FOR A MORE DEFINITE STATEMENT 2) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND 3) MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

Dan Bacal, Esq.                                        Plaintiff
LAW OFFICES OF DAN BACAL
275 East Douglas Avenue, Suite 114
El Cajon, CA 92020
(619) 588-2064/Fax (619) 838-3133

I then sealed each envelope and, with postage thereon fully pre-paid, placed each for deposit in the United States Postal Service, this same day at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2007, at El Cajon, California.

_Sherryl Burgio_
Sherryl Burgio

3