Steven E. Boehmer (#144817)
Carrie L. Mitchell (#221845)
McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY
460 North Magnolia Avenue
El Cajon, California 92020
(619) 440-4444/Fax (619) 440-4907

Attorneys for Defendants: CITY OF EL CAJON, GREG JOHNSON and JOHN BENNETT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| BERNICE RAULLERSON, | Case No. 07 CV 2001 W (AJB) |
|---|---|
| Plaintiff, | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' 1) MOTION FOR A MORE DEFINITE STATEMENT 2) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND 3) MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT** |
| v. | |
| CITY OF EL CAJON, GREG JOHNSON, JOHN BENNETT and DOES I through XX, inclusive, | |
| Defendants. | |

Date: January 14, 2008
Time: 10:30 a.m.

NO ORAL ARGUMENT PURSUANT TO LOCAL RULE: 7.1D1

Defendants, CITY OF EL CAJON, GREG JOHNSON and JOHN BENNETT, respectfully submit the following reply to plaintiff's opposition to motion for more definite statement, motion dismiss the complaint and motion to strike irrelevant, improper and immaterial portions of the complaint:

Plaintiff must amend her pleadings to provide a more definite statement of her claims, rather than attempting to clarify them in her opposition. Plaintiff claims she has alleged facts which support each cause of action, but her complaint does not clearly set out which defendant is responsible under which legal theory.

/ / /

1

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' 1) MOTION FOR A MORE DEFINITE STATEMENT 2) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND 3) MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT

For example, plaintiff's causes of action based upon negligence, battery, and false arrest against the City are clearly not proper. Plaintiff concedes that all government tort liability in California must be based on statute. Plaintiff's state law causes of action to the extent they are alleged directly against the City, must identify a statutory basis for liability in order to establish a valid cause of action against the City. There is no statutory basis for negligence, assault and battery or false arrest against the City. Therefore, these causes of action should be dismissed as to the City.

To the extent the third cause of action for false arrest is alleged against the City under federal law as alleged in the complaint, it should be dismissed because plaintiff has failed to allege that the City maintained unconstitutional policies or customs or inadequate training led to the alleged constitutional violation. However, plaintiff's opposition seems to indicate it is brought under state law and she is seeking to hold the City liable on a theory of respondeat superior. If this is the case, plaintiff should be required to clarify under what law this cause of action is brought.

Plaintiff concedes that a prayer for punitive damages is improper against the City. Plaintiff should be required to strike any prayer for punitive damages against the City in her complaint.

DATED: January 8, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

By: _____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendants: CITY OF EL CAJON, GREG JOHNSON and JOHN BENNETT

2

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' 1) MOTION FOR A MORE DEFINITE STATEMENT 2) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND 3) MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT

**Rallerson v. City of El Cajon, et al.**
**Case No. 07 CV 2001 W (AJB)**

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 460 N. Magnolia Avenue, El Cajon, California 92020.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following documents:

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' 1) MOTION FOR A MORE DEFINITE STATEMENT 2) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND 3) MOTION TO STRIKE IRRELEVANT, IMPROPER AND IMMATERIAL PORTIONS OF THE COMPLAINT**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

| | |
|---|---|
| Dan Bacal, Esq.<br>LAW OFFICES OF DAN BACAL<br>275 East Douglas Avenue, Suite 114<br>El Cajon, CA 92020<br>(619) 588-2064/Fax (619) 838-3133 | Plaintiff |

I then sealed each envelope and, with postage thereon fully pre-paid, placed each for deposit in the United States Postal Service, this same day at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 8, 2008, at El Cajon, California.

*/s/ Sherryl Burgio*
Sherryl Burgio