UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE RAULLERSON,<br><br>    Plaintiff,<br><br> vs.<br><br>CITY OF EL CAJON, GREG JOHNSON, JOHN BENNETT and DOES I Through XX, Inclusive,<br><br>    Defendants. | CASE NO. 07 CV 2001W (AJB)<br><br>**PROOF OF SERVICE**<br>(CCP 1013a (1) & (3) &<br>Local Rules, Div. II, Rule 6.7) |

I, Danielle Gilham declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 275 East Douglas Avenue, Suite 114, El Cajon, CA 92020.

On March 20, 2008 served the following documents:

**FIRST AMENDED COMPLAINT FOR DAMAGES**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

Steven E. Boehmer, Esq.         Attorney for Defendants
Carrie L. Mitchell, Esq.
McDougal, Love, Eckis, Smith, Boehmer & Foley
460 North Magnolia           Telephone: (619) 440-4444
El Cajon, CA 92020           Facsimile: (619) 440-4907

I then sealed each envelope and, with postage thereon fully prepaid,
X  BY MAIL:   This same day and at my business shown above, I placed each for deposit in the United States Postal Service, following ordinary business practices.

☐ BY FACSIMILE TRANSMISSION:  In addition to service by mail, as set forth above, the counsel or interested party authorized to accept service, by whose name an asterisk (*) is placed, was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his name. The facsimile machine I used complied with 22C rule 2003(3) and no error was reported by the machine. Pursuant to CRC rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on March 19, 2008, at El Cajon, California.

                /s/ Danielle Gilham
                DANIELLE GILHAM