cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE RAULLERSON,<br><br>             Plaintiff,<br>v.<br><br>CITY OF EL CAJON, GREG JOHNSON, JOHN BENNETT and DOES 1 through XX, inclusive,<br><br>             Defendants. | Civil No.07cv2001 W (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On May 6, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Dan Bacal, Esq. and Bernice Raullerson on behalf of plaintiff; Carrie Mitchell, Esq. and Joan M. Ward, client representative on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *May 23, 2008*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *June 6, 2008*;

3. The requirement to lodge a discovery plan is hereby waived*;* and,

4. Counsel are ordered to appear ***by phone on June 13, 2008 at 9:00 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: May 9, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court