cal__sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE RAULLERSON,<br><br>             Plaintiff,<br>v.<br><br>CITY OF EL CAJON, GREG JOHNSON,<br>JOHN BENNETT and DOES 1 through XX,<br>inclusive,<br><br>             Defendants. | Civil No.07cv2001 W (AJB)<br><br>ORDER FOLLOWING CASE<br>MANAGEMENT CONFERENCE |

On June 17, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Dan Bacal, Esq. on behalf of plaintiff and Carrie Mitchell, Esq. on behalf of defendant.

Counsel have met their Rule 26 conference and initial disclosure obligations. The case is ready to schedule through the final pretrial conference. The Court and counsel worked on a schedule, the critical dates and deadlines to complete litigation. A Scheduling Order will be issued separately.

IT IS SO ORDERED.

DATED: June 20, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28